UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GRACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:11CV81 LMB |
| ) | |
| MICHAEL HAKALA, et al., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to supplement his complaint by interlineation with claims unrelated to his amended complaint, as well as plaintiff's motion for appointment of counsel.

As plaintiff was told in several of the Court's prior orders, it will not accept amendments to the complaint by interlineation or supplementation. Moreover, none of the claims proposed by plaintiff relate to his amended complaint, and thus, would not be properly joined in this action. See Fed.R.Civ.P. 18 and 20.  For example, the claims in plaintiff's amended complaint relate to receipt of treatment and medications for HIV.  In plaintiff's proposed supplemental documents, plaintiff complains of pain in his back and legs and his disagreement with the treatment decisions imposed by defendant medical providers.  In light of the aforementioned, plaintiff's motion to supplement his complaint will be denied.

Plaintiff's fourth motion for appointment of counsel will also be denied. As noted in the Court's October 6, 2011 Memorandum and Order, plaintiff has been able to prepare and file a plethora of documents on his own behalf. Moreover, the factual and legal issues involved in this case are not so complicated as to warrant appointment of counsel at this time. Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to supplement his complaint by interlineation and with claims unrelated to his amended complaint [Doc. #97] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [Doc. #98] is **DENIED** without prejudice.

Dated this 23rd day of December, 2011.

*Lewis M. Blanton*

LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE